# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1681
Lower Tribunal No. 2017-CF-004957-A-O

_____

RALPH LESCOE BYRD, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Tanya Davis Wilson, Judge.

June 25, 2024

PER CURIAM.

AFFIRMED.

STARGEL and NARDELLA, JJ., and LAMBERT, B.D., Associate Judge, concur.


Loren D. Rhoton, of Loren Rhoton, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED